# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Yakima

| | |
|---|---|
| **USA v. GERMAIN REYNA SAUCEDO** | **Case No.   1:24-MJ-4012-ACE-2** |

Yakima Video Conference (JAG @ Spokane; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

## Detention Hearing:                                                             01/24/2024

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Michael Murphy, US Atty |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Troy Lee, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services | ☒ | Interpreter – **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained | ☒ | Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions |

## REMARKS

USA proffered the pretrial services report and does not concur with its recommendation of release of the Defendant.

USA is invoking the rebuttable presumption of detention in this matter.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure the safety of the community.

USA proffers the statement of facts regarding Defendant's involvement in this case and that Defendant possessed a pistol during the controlled buy.

Court advised Defense counsel as to his concerns with the firearm and the amount of methamphetamine.

Defense counsel argued why the Defendant should be released.

Defense argues Defendant is a naturalized citizen, has no criminal history and alleges the juvenile matter is Defendant's son.  Defendant has a concealed weapons permit and his family has already removed firearms from the home.

Defense argues the Government's case against this Defendant is flimsy and Defendant was just a passenger in the vehicle.

Defense argues Defendant has a residence, family and employment.

Court colloquy with USA regarding conditions of release.

USA argues for some form of surety and advised Defendant's concealed weapon permit was expired.

Defense argues Defendant's family may be able to post a cash bond but argues against it.

**The Court ordered:**
1. USA's Motion for Detention is **denied**.

2. Pretrial Release Report proposed conditions of release imposed upon Defendant plus the following additional conditions of release:
   - Must maintain employment
   - No excessive use of alcohol
   - Must submit a urinalysis test upon release
   - If employment requires travel outside of district, must obtain permission from USPO prior to travel.
3. Order forthcoming.