FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS BIRRUETA-MENDOZA,<br><br>Defendant. | No. 1:24-MJ-04012-ACE-1<br><br>ORDER FOLLOWING PRELIMINARY HEARING |

On Monday, February 5, 2024, the Court conducted a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1.  Defendant was represented by Assistant Federal Defender Jennifer Barnes and assisted by federal court-certified interpreter Natalia Rivera.  Assistant United States Attorney Michael Murphy represented the United States.  Special Agent Anthony Tillet of the Department of Homeland Security was sworn in, testified, and was cross-examined.

On the question of probable cause, the Court has considered the Complaint (ECF No. 1), the testimony of Special Agent Tillet, and the arguments of counsel.

For the reasons stated during the hearing, the Court finds probable cause exists to believe the offense alleged in the Complaint (ECF No. 1) has been

ORDER - 1

committed and to believe that Defendant committed the offense. This Order memorializes the Court's findings.

**IT IS SO ORDERED.**

DATED February 9, 2024.



                        _____
                        ALEXANDER C. EKSTROM
                        UNITED STATES MAGISTRATE JUDGE

ORDER - 2