FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GERMAIN REYNA SAUCEDO,<br><br>　　　　　　　　　　Defendant. | No. 1:24-CR-02007-SAB-2<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANT SAUCEDO** |

　　　Before the Court is the United States' Motion to Dismiss Indictment as to Defendant Germain Reyna Saucedo, ECF No. 58. Defendant is represented by James Kirkham. The United States is represented by Michael Murphy. The motion was considered without oral argument.

　　　Pursuant to Fed. R. Crim. P. 48(a), the United States moves the Court to dismiss the Indictment filed on February 13, 2024, charging Defendant Saucedo with Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). ECF No. 38. Defendant Saucedo does not object.

　　　The Court finds good cause to **grant** the Motion and **dismiss** the Indictment as to Defendant Saucedo without prejudice.

//

//

**ORDER DISMISSING INDICTMENT AS TO DEFENDANT SAUCEDO** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment as to Defendant Germain Reyna Saucedo, ECF No. 58, is **GRANTED**.

2. The Indictment as to Defendant Saucedo, ECF No. 38, is **DISMISSED without prejudice**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **terminate** Defendant Saucedo from this matter.

**DATED** this 23rd day of October 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT AS TO DEFENDANT SAUCEDO ~ 2**